STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS, & GOLDSMITH, LLP
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     (510) 987-8778
Facsimile:      (510) 359-4419
sderby@dmglawfirm.com

PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CHRISTOPHER SELDON

DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
estallard@downeybrand.com

Attorneys for Defendants
DIGNITY HEALTH dba ST. MARY'S MEDICAL CENTER aka ST. MARY'S HOSPITAL, DIGNITY HEALTH FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>    Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation dba ST. MARY'S MEDICAL CENTER aka ST. MARY'S HOSPITAL, DIGNITY HEALTH FOUNDATION and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:16-cv-2454 YGR<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINE THE DEADLINE TO MEDIATE**<br><br>Action Filed:  May 5, 2016 |

- 1 -

# STIPULATION

Plaintiff CHRISTOPHER SELDON ("Plaintiff") and Defendants DIGNITY HEALTH, a California Corporation dba ST. MARY'S MEDICAL CENTER aka ST. MARY'S HOSPITAL, DIGNITY HEALTH FOUNDATION ("Defendants") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that the Court extend the deadline for the Parties to mediate under General Order 56. The Parties do so based on the following Good Cause:

1. Plaintiff filed this action on May 5, 2018. Dkt. No. 1.
2. The Parties conducted joint site inspections on December 8, 2017 and April 25, 2018.
3. Plaintiff issued an injunctive relief demand on May 29, 2018.
4. Plaintiff filed a Notice of Need for Mediation on June 6, 2018. Dkt. No. 50.
5. The Court set a deadline of September 4, 2018, to mediate this case.
6. Although the case was referred to mediation on June 6, 2018, due to the difficulty in finding an appropriate mediator for the instant matter, the ADR Unit did not assign the current mediator, Brian Haughton, until September 10, 2018. Dkt. No. 53.
7. The Parties participated in a pre-mediation phone conference with Mediator Brian Haughton on September 27, 2018. Dkt. No. 54.
8. During that phone conference, the Parties scheduled the mediation for November 9, 2018.
9. The Parties therefore stipulate and request that the Court Order the deadline to complete mediation under General Order 56 be extended to November 9, 2018.

**IT IS SO STIPULATED.**

DATED: October 15, 2018

DERBY, McGUINNESS & GOLDSMITH, LLP
LAW OFFICES OF PAUL REIN

By: */s/ Steven L. Derby*
STEVEN L. DERBY, Esq.
Attorneys for Plaintiff
CHRISTOPHER SELDON

| | | |
|---|---|---|
| DATED: October 15, 2018 | | DOWNEY BRAND LLP |

By: */s/ Elizabeth B. Stallard*
ELIZABETH B. STALLARD, Esq.
Attorneys for Defendants
DIGNITY HEALTH dba ST. MARY'S MEDICAL CENTER aka ST. MARY'S HOSPITAL
DIGNITY HEALTH FOUNDATION

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on October 15, 2018, I, Steven L. Derby, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of Elizabeth Stallard in the filing of this document.

*/s/ Steven L. Derby*
Steven L. Derby

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The deadline for the parties to mediate under General Order 56 is hereby continued to November 9, 2018.

Dated: October 16 2018

Judge Yvonne Gonzalez Rogers
U.S. District Court Judge