UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUI CHEN, an individual; WENJIAN GONZALEZ, an individual; and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER FINANCIAL ALLIANCE, INC., a suspended California Corporation, or as may be organized under Georgia Law; DAVID CARROLL, an individual; JACK WU, an individual; LAN ZHANG, an individual; BILL HONG, an individual, REX WU, an individual; LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas Corporation; NATIONAL LIFE INSURANCE COMPANY, a Texas Corporation; NLV FINANCIAL CORPORATION, a Texas Corporation; NATIONAL LIFE HOLDING COMPANY, a Texas Corporation; AJWPRODUCTION, LLC, a California Limited Liability Company, THE CONSORTIUM GROUP, LLC, a Nevada Limited Liability Company, trustee of NEW WORLD TRUST, a trust operating under unknown laws, trustee of EARLY BIRD TRUST, a trust operating under unknown laws, DOES 7-10,<br><br>Defendants. | Case No. 4:18-CV-03771-YGR<br><br>**ORDER DENYING GONZALEZ PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

After considering papers submitted in support of Plaintiffs' Rui Chen and Wenjian Gonzalez ("Plaintiffs") Motion for Appointment of Interim Class Counsel (Dkt. No. 124), other papers filed in this matter, the facts and circumstances of the case, the motion is DENIED.

IT IS SO ORDERED.

DATED: __April 16, 2020__

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE