UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE PFA INSURANCE MARKETING LITIGATION,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FINANCIAL ALLIANCE, et al.,<br><br>Defendants. | Case No.  21-mc-80087-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Yvonne Gonzalez Rogers to consider whether the case is related to *In re PFA Insurance Marketing Litigation*, No. 4:18-cv-03771-YGR.

**IT IS SO ORDERED.**

Dated: April 23, 2021

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 21-mc-80087-LB