UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PFA INSURANCE MARKETING LITIGATION | Case No. 4:18-cv-03771-YGR<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Dkt. Nos. 224, 232 |

Pursuant to Civil Local Rule 72-2, the Court **HEREBY ORDERS** the following briefing schedule on Defendant Premier Financial Alliance, Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. No. 224.):

1. Plaintiffs shall file a response by October 26, 2021. Plaintiffs' response shall not exceed 5 pages (not counting declarations and exhibits).

2. Defendant may file a reply by November 2, 2021. Any reply shall not exceed 3 pages.

3. The matter will be submitted without oral argument.

Plaintiffs' Motion for Order Deeming Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Denied is now moot.

This Order terminates Docket Number 232.

**IT IS SO ORDERED**.

Dated: October 19, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**