IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PFA INSURANCE MARKETING LITIGATION** | CASE NO. 4:18-cv-03771-YGR<br><br>**ORDER VACATING TRIAL AND PRETRIAL DEADLINES; SETTING COMPLIANCE DEADLINE** |

The parties have filed a joint statement confirming their efforts to finalize a settlement. (Dkt. No. 354.) Based upon the parties' joint statement confirming their progress with settlement, the Court hereby **VACATES** trial and corresponding deadlines. If settlement is not approved, the Court will reset the case for trial.

Furthermore, the Court **SET** a compliance deadline for March 24, 2023 on the Court's 9:01 a.m. calendar. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the plaintiffs shall file their motion for preliminary approval of class action settlement. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely comply may result in sanctions or an additional conference being set by the Court.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**