In Re PFA Insurance marketing litigation,

No. 编号 4:18-CV-03771-YGR.

**FILED**

OCT 25 2023 BM

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Yunhai Li

mailing address, 2843 Bluewater Cir. Naperville IL 60564.

Insurance policy #
LS0598814, LS0604779, LS0598817, LS0604786.

I object!

Yunhai Li

Reason, I was divorced in 2016. I received my Ex. spousal support for 2 years. In 2018, DuPage County court judge(IL) denied my spousal support because I became a PFA Insurance agent & paid $125 and because the judge thought and believed PFA is a pyramid scam.

2023/10/19.

Yunhai Li

Yunhai Li
2843 Bluewater Cir.
Naperville IL 60564

CAROL STREAM IL 601
20 OCT 2023 PM 7 L



Ronald V. Dellums Federal Building and
United States courthouse,
1301 Clay street, Suite 400S, Oakland CA 94612

RECEIVED

OCT 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

94612SE200 C037