**FILED**

APR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BIYUN ZONG, et al.; <br><br> Plaintiffs - Appellees, <br><br> RUI CHEN, et al.; <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> PREMIER FINANCIAL ALLIANCE, INC., a suspended California Corporation, or as may be organized under Georgia Law and LIFE INSURANCE COMPANY OF THE SOUTHWEST, <br><br> Defendants - Appellees. | No. 24-1484 <br><br> D.C. No. 4:18-cv-03771-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before: BENNETT, R. NELSON, and MILLER, Circuit Judges.

A review of the record and the parties' briefing on the motion to dismiss demonstrates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating summary affirmance standard).

We treat the motion to dismiss (Docket Entry No. 5) as a motion for summary affirmance and grant the motion. The judgment is summarily affirmed.

**AFFIRMED.**